**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOHNNY RAY SIMS**                                                            **PETITIONER**

**VERSUS**                                                                   **CIVIL ACTION NO. 1:13cv533 KS-MTP**

**JACQUELYN BANKS**                                                **RESPONDENT**

<u>CERTIFICATE OF APPEALABILITY</u>

      A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

     <u> X </u> A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

     <u>  </u> A Certificate of Appealability should issue for the following specific issue(s):

Date:  June 24, 2016

                                                  *s/ Keith Starrett*
                                    UNITED STATES DISTRICT JUDGE